# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of )
Information associated with DROPBOX USER ID: 2643303600, )
E-MAIL ADDRESS: BRADYOFALLON1@GMAIL.COM, that is ) Case No. 4:24-MJ-8122 SRW
stored at a premises controlled by Dropbox, Inc. )
) SIGNED AND SUBMITTED TO THE COURT FOR
) FILING BY RELIABLE ELECTRONIC MEANS

## APPLICATION FOR A SEARCH WARRANT

I, _____Daniel Root_____, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the ___NORTHERN___ District of ___CALIFORNIA___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

*Code Section - Offense Description*
Title 18 U.S.C., Sections 2252A, Receipt and Distribution of Child Pornography

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*I state under the penalty of perjury that the foregoing is true and correct.*

_____
*Applicant's signature*

Daniel Root, SA
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 04/26/2024

_____
*Judge's signature*

City and state: St. Louis, MO    Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*

AUSA: Nathan Chapman

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Information associated with DROPBOX USER ID: 2643303600, E-MAIL ADDRESS: BRADYOFALLON1@GMAIL.COM, that is stored at a premises controlled by Dropbox, Inc. | No. 4:24-MJ-8122 SRW<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Daniel P. Root, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for content and records associated with Dropbox user ID: 2643303600, e-mail address: bradyofallon1@gmail.com, that are stored at premises owned, maintained, controlled, or operated by Dropbox Incorporated at 333 Brannan Street, San Francisco, CA 94107. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox Incorporated to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications, as further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized person will review that information to locate the items described in Section II of Attachment B.

2. Your Affiant is a Special Agent of the Federal Bureau of Investigation, and, as such, is an investigative or law enforcement officer of the United States within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. Your Affiant is engaged in the enforcement of criminal laws and is within a category of officers authorized by the Attorney General to request and execute search warrants pursuant to Title 18, U.S.C., Section 3052 and 3107; and DOJ regulations set forth at Title 28, C.F.R., Sections 0.85 and 60.2(a).

3. Your Affiant a Special Agent with the Federal Bureau of Investigation and has been since January of 2016. Your Affiant has conducted numerous investigations regarding the sexual exploitation of children that involve the use of the internet, computer devices and cellular telephone to commit crimes such as violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422 and 2423, which proscribe sexual exploitation of minors. Your Affiant has been personally involved in the execution of search warrants to search residences and seize material relating to the sexual exploitation of minors including computers, computer equipment, software, and electronically stored information. Your Affiant has experience utilizing computers during his career as an investigator and has completed multiple in-service trainings, outside trainings to include SANS courses, and other courses in computer crime investigation.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C., Sections 2252A, Receipt and Distribution of Child Pornography, exists in the information associated with the listed Dropbox user ID: 2643303600, e-mail address: bradyofallon1@gmail.com. There is also probable cause to search the information described in Attachment A for evidence and instrumentalities of these crimes, and contraband or fruits of these crimes, as described in Attachment B.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

6. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Dropbox to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## TECHNICAL INFORMATION REGARDING DROPBOX

7. "Dropbox" refers to an online storage medium on the Internet accessed from a computer or electronic storage device. As an example, online storage mediums such as Dropbox make it possible for the user to have access to saved files without the requirement of storing said files on their own computer or other electronic storage device. Dropbox is an "offsite" storage medium for data that can be viewed at any time from any device capable of accessing the Internet. Users can store their files on Dropbox and avoid having the files appear on their computer. Anyone searching an individual's computer that utilizes Dropbox would not be able to view these files if the user opted only to store them at an offsite such as Dropbox. These are often viewed as

advantageous for collectors of child pornography in that they can enjoy an added level of anonymity and security.

8. Dropbox provides a variety of on-line services, including online storage access, to the general public. Dropbox allows subscribers to obtain accounts at the domain name www.dropbox.com. Subscribers obtain a Dropbox account by registering with an email address. During the registration process, Dropbox asks subscribers to provide basic personal identifying information. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

9. When the subscriber transfers a file to a Dropbox account, it is initiated at the user's computer or mobile device, transferred via the Internet to the Dropbox servers, and then can automatically be synchronized and transmitted to other computers or electronic devices that have been registered with that Dropbox account. This includes online storage in Dropbox servers. If the subscriber does not delete the content, the files can remain on Dropbox servers indefinitely. Even if the subscriber deletes their account, it may continue to be available on the Dropbox servers for a certain period of time.

10. Online storage providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account. In addition, online storage providers often have records of the Internet Protocol address

("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

11. In some cases, Dropbox account users will communicate directly with Dropbox about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Online storage providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

## PROBABLE CAUSE

12. Title 18, United States Code § 2258A requires Electronic Service Providers and Internet Service Providers to report any instances that violate federal laws regarding the sexual exploitation of children. This law identifies the National Center for Missing and Exploited Children (NCMEC) as the central repository for these reports and further permits NCMEC to share this information with law enforcement.

13. On March 18, 2024, your Affiant was assigned NCMEC CyberTip 183483616 from the FBI Child Exploitation and Human Trafficking Intelligence Unit (CACHTIU). Your Affiant reviewed CyberTip 183483616 and found that it contained information pertaining to a Dropbox user using e-mail address *bradyofallon1@gmail.com* and username *Bernard Mennemeier*.

14. NCMEC CyberTip 183483616 was submitted by Dropbox, Inc. and processed by NCMEC on or around January 16, 2024. Dropbox submitted information that the user with User ID *2643303600*, e-mail address *bradyofallon1@gmail.com*, and screen/username *Bernard*

*Mennemeier* uploaded eight files of suspected child sexual abuse material [CSAM] to their Dropbox account.

15. Dropbox provided the following information about the eight files that were noted:

    a. Filename *Copia de IMG_0507.mp4* with MD5 hash value 40fce654f5eef320d4013c9b67ed50cb was viewed by Dropbox employees and they stated it contained a depiction of a pubescent minor engaged in a sex act.

    b. File name *suck fuck jerk compilation - 2018-04-30.mkv* with MD5 hash value 42476f8b881c89f06e63fbc74e1fb3a4 was viewed by Dropbox employees and they stated it contained a depiction of a prepubescent minor engaged in a sex act.

    c. File name *Random C 3 - Bros 1.mp4* with MD5 hash value c4a1ea513978d97f8a1cb970a38cd867 was viewed by Dropbox employees and they stated it contained a depiction of a pubescent minor engaged in a sex act.

    d. File name *Copia de IMG_0506.mp4* with MD5 hash value c92126f02d487ee9725355ac3a55dbcf was viewed by Dropbox employees and they stated it contained a depiction of a pubescent minor engaged in a sex act.

    e. File name *Fragment from BBCaps 2020 The Night.mp4* with MD5 hash value df5afb5cb77f8508f6668bde81a174ef was viewed by Dropbox employees and they stated it contained a depiction of a prepubescent minor engaged in a sex act.

    f. Three files appeared to be duplicate files with the same file names and MD5 hash values as files described above.

16. NCMEC staff viewed the file *Fragment from BBCaps 2020 The Night.mp4* and found that it contained "Apparent Child Pornography".

17. The files were submitted to NCMEC along with the CyberTip. Your Affiant viewed these files and found the following:

   a. File *suck fuck jerk compilation - 2018-04-30.mkv* is a video file, 11 minutes and 5 seconds in length, that contains multiple scenes of child sexual abuse. The first scene depicts a prepubescent male child being made to fellate an erect adult penis. Subsequent scenes are shown in a triple split-screen format, each depicting either a prepubescent minor being made to fellate an adult male penis, a prepubescent minor male being anally penetrated by a male penis, or a prepubescent minor being fellated.

   b. File *Copia de IMG_0506.mp4* is a 59 second video file depicting a prepubescent minor male being made to fellate an adult male penis.

   c. File *Copia de IMG_0507.mp4* is a 58 second video file depicting a prepubescent minor male being made to fellate an adult male penis.

   d. File *Fragment from BBCaps 2020 The Night.mp4* is a 1 minute and 19-second-long video file depicting two minor prepubescent males grasping and manipulating each other's genitals.

   e. File *Random C 3 - Bros 1.mp4* is a nine second video file depicting a minor male being made to fellate an adult male penis.

18. On February 27, 2024, an FBI Administrative Subpoena was served to Dropbox for User ID *2643303600*. On or about March 1, 2024, Dropbox responded with the following information:

   a. User ID: *2643303600*

   b. Full Name: *Bernard Mennemeier*

   c. E-mail Address: *bradyofallon1@gmail.com*

   d. Account creation date: *2019-10-24 04:24:51 UTC*

   e. Last Pint Time/Date IP Address: *2023-12-30 17:35:19 UTC*

      *2607:fb90:cf8f:c1f1:ad28:5781:15e6:a63 [T-Mobile]*

   f. Subscription Type: *Paid*

19. This search warrant is being sought to obtain this additional information, which is information that is likely to provide additional evidence identifying dates, times, usernames, and/or other information related to files associated with the sexual exploitation of children.

## **CONCLUSION**

20. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on the computer systems in the control of Dropbox there exists evidence of violations of Title 18 U.S.C. Section 2252A, in the information associated with the above listed Dropbox account. Accordingly, a search warrant is requested.

21. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* Title 18 U.S.C. § 2711(3)(A)(i).

22. Pursuant to Title 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

I state under the penalty of perjury that the foregoing is true and correct.

_____
DANIEL P. ROOT
Special Agent
Federal Bureau of Investigation

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 on this __26th__ day of April 2024.

_____
HONORABLE STEPHEN R. WELBY
United States Magistrate Judge

**SW 4:24-MJ-8122 SRW**
**ATTACHMENT A**
**Property to Be Searched**

This warrant applies to information associated with Dropbox User ID: 2643303600, e-mail address: bradyofallon1@gmail.com, that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., at 333 Brannan Street, San Francisco, CA 94107.

**SW 4:24-MJ-8122 SRW**
**ATTACHMENT B**
**INFORMATION TO BE DISCLOSED**

**I.  Information to be disclosed by Dropbox**

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox, including any records, files, logs files, user activity logs and/or, user activity records, and information that has been deleted but still available to Dropbox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox is required to disclose the following information to the government for the account or identifier listed in Attachment A, from the time the account was created to present time:

    a.  All subscriber and/or user information such as name, email address, phone number, payment information, and physical address. File information, such as photos, structured data, emails, and contact list. Device information, such as IP addresses (registration IP and IP log-in and log-outs), type of browser used, physical device information, and location information of the end user.

    b.  All records related to user activity to include, but not limited to the following:

        1.  User Log Files, User Activity Files, Upload Log Files, Download Log Files, Logs of File Activity, records, files, documents, electronic records, log files, spreadsheets, or other records which may reveal and document the Dropbox User's activity that includes, but is not limited to the user's name or user ID, when the user logged into or out of the account, IP address information related to all user log activity, when the user uploaded, downloaded, moved, or deleted files and folders, and the identity of the device or computer which the user used while uploading and downloading such files.

    c.    All records related to user sharing to include, but not limited to the following:

        1.    Any and all information, records, files, user log files, and any user activity records pertaining to the user's sharing activity with other DropBox users which may reveal when the user shared files and folders, which files and folder were shared, who the user shared files and folders with, identifying information including the theoretical or other user's name, username, Dropbox identification name and e-mail address, and IP address information of the other DropBox user(s).

    d.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    e.    The type of service utilized by the user;

    f.    All records or other information stored by an individual using the account, including profile, address books, contact lists, calendar data, photos, documents, videos and files;

    g.    All records pertaining to communications between Dropbox and any person, including but not limited to other DropBox users, regarding the DropBox account in question, including contacts with support services and records of actions taken.

2

**II.     Information to be seized by the government**

Any and all information described above in Section I, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, files, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252A, including, for each account or identifier listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

a. Any person employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct;

b. Any person knowingly transporting or receiving child pornography, as defined at 18 U.S.C. § 2256(8);

c. Any person knowingly transferring obscene matter to another individual who has not attained the age of 16 years, knowing that the other person has not attained the age of 16 years.

d. Visual depictions of child pornography;

e. The user's log files and user sharing files, and any records, data, or information contained in the user's log files and user's sharing files that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252A.

f. The identity of person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

g. The contents of all Dropbox storage associated with the account, including stored or preserved copies of emails and files sent to and from the account, draft emails, the

3

      source and destination addresses associated with each email, the date and time at which each email was sent;

h. Credit card and other financial information including but not limited to bills and payment records; Evidence of the times the account or identifier listed on Attachment A was used.

### III. Method of Delivery

Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, Dropbox, Inc. shall disclose responsive data by sending it to:

    a. FBI SA Daniel P. Root

       FBI St. Louis

       2222 Market Street.

       St. Louis, MO 63103

    b. or via email to dproot2@fbi.gov

# **CERTIFICATE OF AUTHENTICITY OF**
# **DOMESTIC BUSINESS RECORDS PURSUANT TO**
# **FEDERAL RULE OF EVIDENCE 902(11)**

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.  I am employed by _____, and my official title is _____. I am a custodian of records for_____.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of _____; and

    c.    such records were made by _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____   _____
Date                                                                       Signature